CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 09, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **MICHAEL R. KETRON,** | ) |
| Plaintiff, | ) Case No. 2:23CV00011 |
| v. | ) **ORDER** |
| **MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,** | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed July 10, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Commissioner's decision denying benefits is affirmed.

A final judgment will be entered herewith.

ENTER: August 9, 2024

/s/ JAMES P. JONES
Senior United States District Judge